```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
    UNITED STATES OF AMERICA,                :
                                             :           ORDER
                                             :
                                             :           07-CR-771 (ENV)
            -against-                        :
                                             :
    PAUL NOSWORTHY,                          :
                                             :
                            Defendant.       :
                                             :
------------------------------------------------------------------ x
```

VITALIANO, D.J.

A hearing was scheduled on September 8, 2009, on the motion of the New York City Police Department (the "NYPD") to quash the trial subpoenas served on it. Counsel for the NYPD apparently believed no appearance was necessary as they intended to stand on their papers. Based on their motion papers and those of defendant in opposition, the motion to quash the subpoenas directed at the NYPD is denied to the extent the NYPD is directed to produce:

(1) Any Sprint records or other communications records for P.O. Christopher Leseiwicz, P.O. George Dumont, Officer DiLorenzo, or any other police officer or unit of the NYPD from June 11, 2007 related to the defendant's arrest in front of 90-05 171st St., Jamaica, Queens, NY on June 11, 2007;
2) All records relating to the duty assignment being performed by P.O. Christopher Leseiwicz, P.O. George Dumont or Officer DiLorenzo at the time of defendant's arrest on June 11, 2007; and
3) All roll call records from the 103rd Precinct from June 11, 2007.

Any document ordered produced pursuant to this order shall be delivered to the Clerk's Office by 5 p.m., tomorrow, September 11, 2009. Photocopies shall be hand-delivered or sent overnight mail for Saturday delivery to the offices of defendant's attorney of record. Following the same deadline, any document the NYPD seeks to redact shall be hand-delivered to Chambers by 5 p.m. tomorrow under seal accompanied by the proposed redaction. The photocopy in redacted form shall be delivered to defense counsel with the balance of documents to be produced.

    SO ORDERED.                                     /ENV

Dated: Brooklyn, New York                  ERIC N. VITALIANO
       September 10, 2009                United States District Judge